IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| SHIRLEY R. HUNTLEY, *Plaintiff*, v. CHASE BANK, USA, N.A. ET AL, *Defendant*. | CIVIL NO. 3:07cv00059 <br><br> ORDER <br><br> JUDGE NORMAN K. MOON |

This matter is before the Court *sua sponte*. Plaintiff has twice amended her Complaint, rendering Defendant's motions to dismiss dated December 10, 2007 (Docket no. 10) and March 7, 2008 (Docket no. 34) moot. Both motions are therefore TERMINATED as moot.

It is so ORDERED.

The Clerk of the Court is hereby directed to send a certified copy of this Order to all counsel of record.

ENTER: This 15th day of May, 2008.

NORMAN K. MOON
UNITED STATES DISTRICT JUDGE